Christopher B. Dolan (SBN 165358)
Arsen Sarapinian (SBN 295805)
Jeremy Jessup (SBN 208758)
**The Dolan Law Firm**
1438 Market Street
San Francisco, California 94102
Telephone:  (415) 421-2800
Facsimile:  (415) 421-2830

Gerard Friend (SBN 101718)
**The Law Office of Gerard L. Friend**
1348 S Flower Street
Los Angeles, CA 90015
Telephone: (213) 689-8900

Attorneys for Plaintiff
JESUS LEON

IN THE

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JESUS LEON, an individual,<br>　　　Plaintiff,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY**<br>1. **NEGLIGENCE/MEDICAL MALPRACTICE**<br>2. **NEGLIGENT HIRING, SUPERVISION, OR RETENTION OF EMPLOYEE**<br><br>**DEMAND FOR JURY TRIAL** |

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 1 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

Comes now, Plaintiff JESUS LEON, who files this Complaint and alleges as follows:

## PARTIES

1. Plaintiff JESUS LEON (hereafter "Plaintiff" or "LEON") is an adult natural person who was at all times mentioned herein a resident of Tracy, California, located in the Eastern District of California.

2. Plaintiff is informed and believes and thereupon alleges that Community Medical Centers, Inc. has its principal places of business in Stockton and Tracy, California. It is a Health Center Program grantee under 42 U.S.C. 254b. By its own account on its website, communitymedicalcenters.org/about-us, it is a "Public Health Service (PHS) deemed status with respect to certain health or health-related claims, including medical malpractice claims, for itself and its covered individuals."

3. Defendant UNITED STATES OF AMERICA ("Defendant" or "UNITED STATES OF AMERICA") is the governing body for the United States of America. Pursuant to the Federal Tort Claims Act (28 U.S.C § 2674) ("the Act"), the UNITED STATES OF AMERICA must be the sole named defendant in any suit brought under the Act.

4. Plaintiff is informed and believes, and on the basis of said information and belief alleges, that at all times herein material to this matters alleged in this Complaint, each of the Defendants was the agent and/or employee and/or partner of each of the remaining Defendants and, in doing the things herein alleged, was acting within the course and scope of such agency and/or employment, and/or aided and/or abetted the others and/or ratified the acts of the others so as to make them liable for the Plaintiff's damages.

5. Defendants are liable for the acts of each other through principals of *respondeat superior*, agency, ostensible agency, partnership, alter-ego and other forms of vicarious liability.

## VENUE

6. Venue in this court is appropriate as a substantial part of the events or omissions (personal injuries to Plaintiff) giving rise to the claim occurred in at Community Medical Centers, Inc. in Tracy, California, located in the Eastern District of California.

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

7. At all relevant times herein, Community Medical Centers, Inc. (and hence Defendant UNITED STATES OF AMERICA) was a resident of the Eastern District of California.

## JURISDICTION

8. This Court has the exclusive jurisdiction of civil matters against the UNITED STATES OF AMERICA for money damages, loss property, personal injury, or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment under 28 U.S.C. § 1346.

9. Community Medical Centers, Inc. is a Health Center Program grantee under 42 U.S.C. 254b. By its own account on its website, communitymedicalcenters.org/about-us, Community Medical Centers, Inc. is a "Public Health Service (PHS) deemed status with respect to certain health or health-related claims, including medical malpractice claims, for itself and its covered individuals." The UNITED STATES OF AMERICA must be the sole defendant in any suit brought under the Federal Tort Claims Act. 28 U.S.C § 2674.

## CLAIMS PROCEDURE

10. Plaintiff has complied with the claims procedure requirements of 28 U.S. Code § 2675(a) by filing a claim to the appropriate federal agency. Defendant UNITED STATES OF AMERICA failed to make a final disposition of a claim within six months after it was filed, deeming a final denial of the claim pursuant to section 2675(a).

## MEDICAL MALPRACTICE NOTICE REQUIREMENT (C.C.P.§ 364.)

11. Plaintiff has complied with California Code of Civil Procure section 364 by serving a timely written notice of intent to sue to Community Medical Centers, Inc. and Defendant UNITED STATES OF AMERICA.

## FACTS COMMON TO ALL CAUSES OF ACTION

12. On Monday, February 6, 2017, 48 year old Plaintiff JESUS LEON visited Community Medical Centers, Inc. in Tracy, California, a federally funded medical clinic, complaining of, among other things, low back pain, pain radiating to his left thigh, and decreased mobility. He was evaluated by a physician's assistant, Rick Beronilla, who at all relevant times was an

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 3 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

1  employee and agent of Community Medical Centers, Inc. and, hence, an employee of Defendant
2  UNITED STATES OF AMERICA.

3      13. On that visit, Plaintiff described the pain symptoms as discomforting and sharp. Plaintiff
4  reported that the onset of symptoms started two months prior to the visit. He reported that the
5  symptoms were worsening and occurring persistently.  The symptoms were aggravated by lying
6  and resting and standing up from a seated position.  Plaintiff reported he had been using
7  crutches to relieve symptoms.

8      14. After obtaining the medical history, Mr. Baronilla performed a musculoskeletal
9  examination, which revealed physical limitations, and discharged Plaintiff home.

10      15. Neither Mr. Baronilla, nor any of Defendant's agents, ordered an MRI of the lumbar
11  spine or referred Plaintiff to a medical doctor specializing in spine surgery.  Mr. Baronilla
12  recommended an x-ray of the lumbar spine, which was obtained on February 27, 2017, and
13  discharged Plaintiff home.

14      16. At the time the x-ray was obtained on February 27, 2017, Plaintiff reported right-sided
15  pain, pain radiating to his right thigh and leg, and complained of being unable to walk to the x-
16  ray technician, Michael Kobayashi, M.D. of Stockton Diagnostic Imaging.  Dr. Kobayashi
17  documented Plaintiff's symptoms in an x-ray report, which was soonafter provided to Mr.
18  Baronilla of Community Medical Centers, Inc..

19      17. Plaintiff returned to Community Medical Centers, Inc. on March 3, 2017, complaining
20  of similar and additional symptoms.  Again, Plaintiff was evaluated by physician's assistant,
21  Mr. Baronilla. Plaintiff reported that the symptoms were intermittent and described them as
22  burning, numbness, sharp, and shooting. Additional symptoms included limping, numbness of
23  the buttocks, and tenderness. Symptoms were aggravated by sitting and standing up or sitting
24  down.

25      18. Mr. Baronilla's reviewed the lumbar spine x-ray or x-ray report of February 27, 2017
26  and interpreted it to show "lumbar disc space narrowing" and grade II anterolisthesis.

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 4 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

19. At the March 3, 2017 medical visit, neither Mr. Baronilla, nor any of Defendant's agents, ordered an MRI of the lumbar spine or referred Plaintiff to a medical doctor specializing in spine surgery. He was discharged home.

20. On March 6, 2017 Plaintiff returned to Community Medical Centers, Inc. for nutritional education and reported to Community Medical Centers, Inc. employees that he does not exercise due to back pain and experiences difficulty with walking. Again, neither Mr. Baronilla, nor any of Defendant's agents, ordered an MRI of the lumbar spine or referred Plaintiff to a medical doctor specializing in spine surgery. He was discharged home.

21. On September 2, 2017, Plaintiff sought medical attention from Community Medical Centers, Inc.. This time, Plaintiff presented to Rick Baronilla in a wheelchair and reported that his symptoms had worsened. He reported he had been using the wheelchair to move around due to pain for three to four months.

22. Mr. Baronilla acknowledged the use of the wheelchair was a "new problem" and reported in his chart note that Plaintiff was suffering from severe degenerative disc disease, disc space narrowing, and grade II anterolisthesis. Again, neither Mr. Baronilla, nor any of Defendant's agents, ordered an MRI of the lumbar spine or referred Plaintiff to a medical doctor specializing in spine surgery. Instead, Mr. Baronilla "encouraged" Plaintiff to get off of his seat more often, keep as limber as possible, and purchase an orthopedic cushion for long periods of sitting on the wheelchair. He was discharged home.

23. Plaintiff's medical condition continued to worsen.

24. On October 14, 2017 Plaintiff reported to San Juaquin General Hospital Emergency Room in French Camp, California with worsened symptoms, including a loss of feeling below his waist, and an inability to walk. He was evaluated by Simranjit Sekhon, M.D., who ordered an immediate MRI of the lumbar spine. The MRI revealed significant medical findings, including but not limited to, severe spinal cord stenosis, severe chronic-appearing grade II spondylolisthesis, chronic degenerative disc disease, signal changes, degenerative erosions of the end plates, disc protrusions, fluid in the disc space, and a concern for diskitis. Plaintiff was referred to a neurosurgeon, who reviewed these findings and ordered a CT-Scan of the lumbar

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 5 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

and thoracic spine to further evaluate for spinal stenosis. The CT-Scans supported the MRI findings.

25. Due to the severity of Plaintiff's condition, On October 15, 2017 Plaintiff was rushed to an immediate spine surgery.  Moris Senegor, M.D. performed bilateral laminectomies and foraminotomies, bilateral posterolateral fusions with pedicle screws and auto allograft, and interbody fusions with orthofit cages and auto allograft. The surgery was performed without complications.

26. Defendant's delay and negligence in providing adequate medical treatment and care for Plaintiff from February 6, 2017 through September 2, 2017 caused Plaintiff to suffer significant and life changing physical, mental, and emotional injuries.

**FIRST CAUSE OF ACTION**
**Negligence/Medical Malpractice**
**By Plaintiff Against UNITED STATES OF AMERICA**

27. Plaintiff incorporates by reference the allegations in paragraphs 1 through 26, inclusive, as though fully set forth herein.

28. From February 6, 2017 through September 2, 2017, and at all times relevant herein, Plaintiff employed Defendant, and its agents and employees, to examine, evaluate, diagnose, and treat his worsening spine condition.

29. Defendant and its agents and employees owed a duty of care to Plaintiff, during the course of treatment from February 6, 2017 through September 2, 2017, to provide Plaintiff with appropriate medical treatment and care within the standard of care provided with the proper amount of knowledge, skill, and resources under the standards of the relevant medical communities, rules, guidelines, regulations, and statutes.

30. Furthermore, Defendant and its agents and employees owed Plaintiff a duty to supervise the care given by the employees of Community Medical Centers, Inc., including but not limited to physician's assistant, Rick Baronilla.

31. Plaintiff was to be provided with complete and adequate medical care and attention. Plaintiff was to be given adequate medical examination, diagnosis, and treatment and was to be

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 6 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

1  provided with clear information about his medical care, treatment, and of course the risks
2  associated with nay procedures and the outcome of any procedure. Plaintiff relied upon
3  Defendant, and its agents and employees, to diagnose, treat, and care for him in an adequate
4  fashion.

5  32. Defendant, and its agents or employees, failed to exercise the requisite degree of skill,
6  knowledge, and care required of each of them with respect to treating and caring for their
7  patient, Plaintiff JESUS LEON. Such breaches include but are not limited to failing to timely
8  administer the proper tests and treatment for Plaintiff's back and lower extremity symptoms,
9  failing to appropriately and timely identify the cause of the symptoms, failing to have a licensed
10 medical doctor review the treatment and pinions of physician's assistant, Rick Baronilla, failing
11 to order an MRI of the lumbar spine, and failing to refer Plaintiff to a medical doctor with a
12 specialty in spine surgery.

13 33. Defendant, by and through its agents and employees, failed to exercise the degree of
14 skill and care commonly required of their profession, in that they failed to train properly,
15 supervise and monitor the employees of Community Medical Centers, Inc., and all knew or
16 should have known that the failure to train, supervise, and adequately monitor employees of
17 Community Medical Centers, Inc. would cause serious injury to the Plaintiff and other members
18 of the public seeking medical care from Community Medical Centers, Inc..

19 34. As a proximate cause of the malpractice of Defendant and its agents and employees,
20 Plaintiff sustained injury to his health, strength, activity, and overall ability to function.

21 35. Plaintiff has incurred, and will continue to incur, economic damages including but not
22 limited to medical expenses, wage loss, and loss of earning capacity.

23 36. Plaintiff has suffered, and will suffer in the future, general damages including but not
24 limited to pain and suffering and emotional distress from the injuries he sustained. The amount
25 of these damages will be proven at trial.

THE
DOLAN
LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

## THIRD CAUSE OF ACTION
**Negligent Hiring, Supervision and Retention of Employee
By Plaintiff Against UNITED STATES OF AMERICA**

37. Plaintiff hereby incorporates by reference, as though fully set forth herein, the contents of Paragraphs 1-36.

38. Defendant and its agents and employees owed the public, including Plaintiff, a duty of reasonable care in the hiring, supervision, and training of its agents and employees, including but not limited to, physician's assistant Rick Baronilla.

39. Defendant and its agents and employees breached that duty of care and were negligent in the hiring, retention, training and/or supervision of its agents and employees, including but not limited to, physician's assistant Rick Baronilla, who was unfit to be a medical provider, and who was not adequately trained or supervised in his providing of medical services.

40. Defendant and its agents and employees knew or should have known that its agents and employees, including but not limited to, physician's assistant Rick Baronilla, would be proving medical services in a manner which would lead to a risk of the very type of danger and harm involved in the subject-incident. Specifically, Defendant and its agents and employees knew that its agents and employees, including but not limited to, physician's assistant Rick Baronilla, was, among other things, providing inadequate and inappropriate medical services, failing to order MRI and CT-Scans for patients, failing to refer patients to medical doctors and in particular medical specialists, and failing to have a medical doctor supervise, review, and finalize his prognoses and medical recommendations.

41. Defendant knew or should have known that agents and employees of Community Medical Centers, Inc., including but not limited to physician's assistant Rick Baronilla, were unfit and/or not competent to perform examinations and consultations on patients

42. Defendant knew or should have known that their agents and/or employees unfitness and/or incompetence created a particular risk to others and a disregard for the safety of others.

43. Defendant agents and/or employee's unfitness and/or incompetence caused them to recklessly injure Plaintiff by failing to timely and adequately diagnose his medical condition from February 6, 2017 through September 2, 2017.

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

44. As a proximate cause of the malpractice of Defendant and its agents and employees, Plaintiff sustained injury to his health, strength, activity, and overall ability to function.

45. Plaintiff has incurred, and will continue to incur, economic damages including but not limited to medical expenses, wage loss, and loss of earning capacity.

46. Plaintiff has suffered, and will suffer in the future, general damages including but not limited to pain and suffering and emotional distress from the injuries he sustained. The amount of these damages will be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows;

1. For costs of suit herein incurred;
2. For special and general damages
3. Prejudgment interest; and
4. For such other and further relief as the court may deem proper.

Date:   February 11, 2019                     **THE DOLAN LAW FIRM**

By:   ____/s/ *Jeremy Jessup*_____
Christopher B. Dolan, Esq.
Jeremy Jessup, Esq.
Arsen Sarapinian, Esq.
Attorneys for Plaintiff
JESUS LEON

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

- 9 -
COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY