# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEON,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATE OF AMERICA,<br><br>           Defendant. | No.  2:19-cv-0264 JAM DB<br><br><br>ORDER |

On July 17, 2020, this matter came before the undersigned for hearing of defendant's motion to compel.  (ECF No. 23.)  Attorney Lourdes DeArmas appeared via videoconference on behalf of plaintiff.  Attorney Rachel Davidson appeared via videoconference on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that defendant's June 2, 2020 motion to compel (ECF No. 19) is denied without prejudice to renewal.

Dated:  July 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\leon0264.oah.071720

1