1 | McGREGOR W. SCOTT
United States Attorney
2 | RACHEL R. DAVIDSON
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESUS LEON, | CASE NO. 2:19-CV-00264-JAM-DB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION TO EXTEND CASE SCHEDULE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

For good cause appearing, the Court sets the following deadlines:

| Event | Requested Schedule |
|---|---|
| Plaintiff's Expert Disclosures Deadline | September 24, 2021 |
| Defendant's Expert Disclosures Deadline | October 25, 2021 |
| Supplemental Expert Disclosures Deadline | November 15, 2021 |
| Joint Mid-Litigation Statements Deadline | Fourteen (14) days prior to the close of discovery |
| Discovery Cut-Off Date | February 25, 2022 |
| Dispositive Motion Filing Deadline | March 25, 2022 |
| Dispositive Motion Hearing | May 17, 2022 @ 1:30 p.m. |
| Final Pretrial Conference | July 8, 2022 @ 11:00 a.m. |
| Trial | August 22, 2022 @ 9:00 a.m. |

[PROPOSED] ORDER TO EXTEND CASE SCHEDULE                                    1

IT IS SO ORDERED.

DATED: January 8, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE