Christopher B. Dolan, Esq. (SBN 165358)
Lourdes DeArmas, Esq. (SBN 210167)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830


Attorneys for Plaintiff,
JESUS LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEON,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO.:   2:19-CV-00264-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND CASE SCHEDULE RE: EXPERTS**<br><br>*Hon. Judge John A. Mendez*<br>*Trial Date: August 22, 2022* |

    Plaintiff JESUS LEON and Defendant UNITED STATES OF AMERICA, by and through their attorneys of record, stipulate to a request that the Court extend the current case schedule with regards to experts and fact discovery

    Counsel for Plaintiff, Lourdes DeArmas, despite being vaccinated was out sick for a month due to the Delta variant of Covid-19. As a result, and despite best efforts, due to Ms. DeArmas' bedrest, accommodations and extensions have been requested in relation to case related deadlines and calendaring issues that have arisen. Counsel for Defendant has extended professional courtesy to accommodate the request.



**AMENDED STIPULATION AND ORDER TO EXTEND CASE SCHEDULE RE: EXPERTS**

As such, the parties stipulate to and respectfully propose the following amended schedule:

| EVENT | CURRENT SCHEDULE | REQUESTED SCHEDULE |
|---|---|---|
| **Plaintiff's Expert Disclosures** | September 24, 2021 | **October 14, 2021** |
| **Defendant's Expert Disclosures** | October 25, 2021 | **November 19, 2021** |
| **Rebuttal Expert Disclosures** | November 15, 2021 | **November 30, 2021** |
| Mid Litigation Statements | Fourteen (14) days prior to the close of discovery | No change |
| **Discovery Cut-Off** | February 25, 2022 | **April 29, 2022** |
| Dispositive Motion Filing Deadline | March 25, 2022 | **June 10, 2022** |
| Dispositive Motion Hearing | May 17, 2022 @ 1:30 p.m. | **July 26, 2022 @ 1:30 p.m.** |
| Pretrial Conference | July 8, 2022 @ 11:00 a.m. | **September 9, 2022 @ 10:00 a.m.** |
| Trial | August 22, 2022 @ 9:00 a.m. | **October 24, 2022 @ 9:00 a.m.** |

DATED:  September 30, 2021          **DOLAN LAW FIRM, PC**

By: /s/ Lourdes DeArmas
  Christopher B. Dolan, Esq.
  Lourdes DeArmas, Esq.
  Attorneys for Plaintiff,
  JESUS LEON

DATED:  September 30, 2021          **PHILLIP A. TALBERT**
          **Acting United States Attorney**

By: /s/ Rachel R. Davidson
  RACHEL R. DAVIDSON
  Assistant United States Attorney



**[PROPOSED] ORDER:**

For good cause appearing, the Court sets the following deadlines:

| EVENT | CURRENT SCHEDULE | REQUESTED SCHEDULE |
|---|---|---|
| **Plaintiff's Expert Disclosures** | September 24, 2021 | **October 14, 2021** |
| **Defendant's Expert Disclosures** | October 25, 2021 | **November 19, 2021** |
| **Rebuttal Expert Disclosures** | November 15, 2021 | **November 30, 2021** |
| Mid Litigation Statements | Fourteen (14) days prior to the close of discovery | No change |
| Discovery Cut-Off | February 25, 2022 | **April 29, 2022** |
| Dispositive Motion Filing Deadline | March 25, 2022 | **June 10, 2022** |
| Dispositive Motion Hearing | May 17, 2022 @ 1:30 p.m. | **July 26, 2022 @ 1:30 p.m.** |
| Pretrial Conference | July 8, 2022 @ 11:00 a.m. | **September 9, 2022 @ 10:00 a.m.** |
| Trial | August 22, 2022 @ 9:00 a.m. | **October 24, 2022 @ 9:00 a.m.** |

IT IS SO ORDERED.

DATED:  September 30, 2021            /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE



**AMENDED STIPULATION AND ORDER TO EXTEND CASE SCHEDULE RE: EXPERTS**