PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 2:19-CV-00264-JAM-DB<br><br>**ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

**O R D E R**

Pursuant to the parties' stipulation,

**IT IS HEREBY BY ORDERED** that the parties' stipulation for a settlement conference before the Honorable Kendall J. Newman is **APPROVED**.  Settlement Conference **SET** for April 13, 2022 at 9:00 a.m. before Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

DATED: January 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE